**Santos TORRES, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 01–1388.**

United States Court of Appeals, Seventh Circuit.

Submitted July 25, 2001*.

Decided July 30, 2001.

Before FLAUM, Chief Judge, EASTERBROOK, KANNE, Circuit Judges.

### ORDER

Santos Torres appeals the denial of his motion to vacate his sentence under 28 U.S.C. § 2255. We affirm.

Torres was convicted of conspiring to distribute cocaine, 21 U.S.C. §§ 846, 841(a)(1), and possession with intent to distribute cocaine, 21 U.S.C. § 841(a)(1), and was sentenced to concurrent 87–month terms of imprisonment. In December 2000 Torres moved to vacate his sentences,

claiming that they run afoul of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because drug quantities were not charged in his indictment or proved at trial. The district court denied the motion on the ground that *Apprendi* does not apply retroactively but then granted Torres a certificate of appealability, stating that reasonable jurists could disagree as to the retroactivity of *Apprendi* in initial § 2255 proceedings. But irrespective of its retroactivity, *Apprendi* does not apply to Torres's case because his prison terms do not exceed the default 20–year maximum penalty for cocaine offenses. *See* 21 U.S.C. § 841(b)(1)(C); *Apprendi,* 530 U.S. at 490, 120 S.Ct. 2348. His motion was therefore properly denied.

AFFIRMED.